**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KACIRAH NELSON, | : | Civil Action No.: |
| | : | |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| FIRST TRANSIT INC., | : | |
| | : | January 18, 2019 |
| *Defendant*. | : | |

## <u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that the defendant, First Transit Inc. ("First Transit"), files this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446. First Transit removes this action from the Superior Court of the State of Connecticut, Judicial District of Hartford at Hartford (the "Superior Court Action") to the United States District Court for the District of Connecticut. As its reasons for removal, First Transit states:

1.    By Summons and Complaint, the plaintiff, Kacirah Nelson, commenced a civil action against First Transit in Connecticut Superior Court titled *Kacirah Nelson v. First Transit Inc.*, Docket Number HHD-CV19-6105737-S.

2.    A true and correct copy of the Summons and Complaint served by plaintiff on First Transit is attached hereto as <u>Exhibit A</u> and constitutes all processes, pleadings and orders served upon defendants in this action to the present date. 28 U.S.C. § 1446(a).

3.    First Transit was served with the Summons and Complaint on or about December 21, 2018. This Notice of Removal is being filed within 30 days of the date on which First Transit was served with a copy of the Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

4.     This Court has diversity subject matter jurisdiction under 28 U.S.C. § 1332(a), for the following reasons:

a)     There is complete diversity of citizenship among the parties.  Plaintiff is a citizen of the State of Connecticut.  *See* Complaint, ¶ 1.  First Transit is a Delaware corporation with its principal place of business in Cincinnati, Ohio, and therefore it is a citizen of both Delaware and Ohio for diversity jurisdiction purposes.  *See id.*, ¶ 2.

b)     The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  The Complaint asserts claims for race discrimination and hostile work environment under the Connecticut Fair Employment Practices Act ("CFEPA"), Conn. Gen. Stat. § 46a-60 *et seq*, arising from plaintiff's employment with First Transit and the termination of that employment on or about April 2, 2018.  Plaintiff alleges that she "has suffered, and will continue to suffer, lost wages and fringe benefits, as well as other consequential loss and damages."  Complaint, Count One, ¶ 27 and Count Two, ¶ 25.  Plaintiff also alleges that she "has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering."  *Id.*, Count One, ¶ 29 and Count Two, ¶ 27.  In her Prayer for Relief, plaintiff seeks monetary damages, reinstatement or front pay, attorney's fees and costs under the CFEPA, and "[a]ny other allowable relief."  Complaint, Prayer for Relief.

6.     This Notice of Removal is being filed in the District of Connecticut, the District Court of the United States for the district and division within which the Superior Court Action is pending.  28 U.S.C. §§ 1441 and 1446(a).

7.     Attached hereto as Exhibit B is a copy of the Notice to Superior Court, Judicial District of Hartford at Hartford, of Filing of Notice of Removal, which is being filed with the Superior Court.  28 U.S.C. § 1446(d).

2.

WHEREFORE, First Transit respectfully requests that this Action be removed and hereinafter proceed in the United States District Court for the District of Connecticut.

DEFENDANT, FIRST TRANSIT INC.

*/s/ Stephen P. Rosenberg*
Stephen P. Rosenberg (CT26601)
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
*sprosenberg@littler.com*

Its Attorney

# EXHIBIT A

# SUMMONS - CIVIL
JD-CV-1 Rev. 4-18
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13



**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and
    costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and
    costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

**TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.**

| Address of court clerk where writ and other papers shall be filed  (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 95 Washington St, Hartford, CT 06106 | ( 860 ) 548-2700 | January 22, 2019 |
| | | Month    Day    Year |

| ☒ Judicial District | ☐ G.A. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☐ Housing Session | Number: | Hartford | Major: M      Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented  (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Ave, Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| ( 860 ) 296-3457 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes   ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) mreilly@cicchiellosq.com |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name:  Nelson, Kacirah  Address: 130 Plain Drive, East Hartford, CT 06118 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name:  First Transit Inc. 6199, 3 Discovery Dr, Storrs, CT 06269  Address: Agent: CT Corporation System, 67 Burnside Ave, East Hartford, CT 06108-3408 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at  www.jud.ct.gov  under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at  www.jud.ct.gov  under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly.  The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court  ☐ Assistant Clerk | Name of Person Signing at Left  Michael J. Reilly | Date signed  12/18/2018 |
|---|---|---|---|

| If this Summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | | |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | A TRUE COPY ATTEST |

KEITH D. NIZIANKIEWICZ
CONN. STATE MARSHAL
INDIFFERENT PERSON

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: JANUARY 22, 2018      :          SUPERIOR COURT
                                   :
KACIRAH NELSON                     :          J.D. OF HARTFORD
                                   :
V.                                 :          AT HARTFORD
                                   :
FIRST TRANSIT, INC.                :          DECEMBER 18, 2018

<u>COMPLAINT</u>

<u>COUNT ONE:</u>      Race Discrimination in violation of Conn. Gen. Stat. 46a-60(a)(1)

1.      The Plaintiff, Kacirah Nelson (hereinafter referred to as "Plaintiff"), was and is a resident of the City of Hartford, State of Connecticut.

2.      The Defendant, First Transit, Inc. (hereinafter referred to as "the Defendant"), is a foreign corporation organized and existing under the laws of the state of Delaware with a principal place of business located at 600 Vine Street, Suite 1400, Cincinnati, OH, 45202.

3.      Plaintiff filed an administrative complaint with the Commission on Human Rights and Opportunities on or about July 22, 2018. Plaintiff received a Release of Jurisdiction letter from the CHRO dated September 28, 2018. Said Release of Jurisdiction letter is attached hereto as <u>Exhibit A</u>.

4.      The defendant company is a bus service providing transportation services to the University of Connecticut.

5.      Plaintiff began working for the defendant on August 7, 2017, as a full-time, lead dispatcher. Plaintiff worked in Storrs, Connecticut at a branch servicing the area in and around the University of Connecticut.

6.      Plaintiff is African American.

7.      Plaintiff is black.

8.      Plaintiff was the only African American in her position at the Storrs location.

1

9.    Throughout Plaintiff's employment, her performance with the defendant was good.

10.   Throughout Plaintiff's employment, she reported to Ryan Visci, general manager, Rasheen Ferene, supervisor, Christina George, safety manager, Margo Rossiter, night supervisor, and Guy Lowe, road supervisor.

11.   Throughout Plaintiff's employment with First Transit, Plaintiff was subjected to racial discrimination and differential treatment.

12.   An example of such differential treatment includes an instance when Plaintiff was wrongfully disciplined for an incident involving the evacuation of UCONN students from a dormitory.

13.   The students were provided with transportation due to a dormitory experiencing technical problems with its utilities. As part of the evacuation plan, extra drivers were called in and were in their assigned places of duty. Initially, Plaintiff was also asked to work late that day. However, Plaintiff was later informed by Margo Rossiter, the on-site supervisor, that the bus services were unnecessary as the students there were not using them.

14.   Plaintiff was subsequently told to not work late and one of the three additional drivers was sent home. Later that same day, Plaintiff received a phone call from Charlie Grad, the UCONN Transportation Coordinator, who asked the plaintiff to brief him on the response plan. Plaintiff was unable to provide a response that he deemed satisfactory and the plaintiff was subsequently written up the next day.

15.   Plaintiff was written up even though Margo Rossiter, the supervisor on duty that evening, came to the plaintiff's defense and assumed responsibility for what happened.

2

16.     Plaintiff was the only employee disciplined for what took place that day, similarly situated Caucasian employees were not disciplined.

17.     Upon information and belief, First Transit maintains a progressive discipline policy. Plaintiff was not afforded the opportunity for progressive discipline.

18.     Another dispatcher who is Caucasian, Crystal Sparks, was involved in two accidents while on the job and in both instances those accidents were the result of her not following established workplace procedures. She was never written up for her job performance.

19.     Plaintiff was the only employee written up for using a cell phone while on the job. However, this was a work place issue as all employees were known to use their cell phones while on duty.

20.     Another example of differential treatment is when the Plaintiff was erroneously accused of having three busses following each other for ninety minutes. This event was the result of another employee's actions.

21.     Additionally, Plaintiff was paid a wage of $15 per hour, the rate of a part-time dispatcher.

22.     Plaintiff was paid this rate despite being a full-time employee. Plaintiff was told she was being paid the lesser rate because Plaintiff did not have a commercial driver's license. However, having a commercial driver's license is not needed for performing the job of a dispatcher.

23.     Upon information and belief, similarly situated Caucasian employees were paid higher wages than the plaintiff.

24.     Plaintiff was ultimately terminated on April 2, 2018. Plaintiff was informed of her termination by Ryan Visci, the general manager.

3

25.     The Defendant terminated the Plaintiff's employment and discriminated against the Plaintiff in the terms, conditions and/or privileges of her employment on the basis of her race.

26.     The foregoing conduct of the Defendant constitutes unlawful discrimination and termination of employment in violation of the Connecticut Fair Employment Practices Act.

27.     As a result of the foregoing unlawful conduct of the Defendant, Plaintiff has suffered, and will continue to suffer, lost wages and fringe benefits, as well as other consequential losses and damages.

28.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has expended attorney's fees and costs in order to secure the right to which she is entitled.

29.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

**COUNT TWO:**     **Hostile Work Environment in violation of Conn. Gen. Stat. 46a-60(a)(8)**

1.     The Plaintiff repeats and re-alleges paragraphs 1 through 24 above, and incorporates them as paragraphs 1 through 24 of this Second Count as if fully stated herein.

24.     The Defendant subjected Plaintiff to a hostile work environment.

25.     As a result of the foregoing unlawful conduct of the Defendant, Plaintiff has suffered, and will continue to suffer, lost wages and fringe benefits, as well as other consequential losses and damages.

26.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff has expended attorney's fees and costs in order to secure the right to which she is entitled.

27.     As a further result of the foregoing unlawful conduct of the Defendant, the Plaintiff

4

has suffered and will continue to suffer in the future, considerable emotional and psychological pain and suffering.

THE PLAINTIFF
KACIRAH NELSON

By: _____
Michael J. Reilly, Esq.
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

5

RETURN DATE: JANUARY 22, 2018      :      SUPERIOR COURT

                                              :

KACIRAH NELSON                         :      J.D. OF HARTFORD

                                              :

V.                                                    :      AT HARTFORD

                                              :

FIRST TRANSIT, INC.                     :      DECEMBER 18, 2018

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for the following relief:

1.     Monetary damages;

2.     Reinstatement or front pay;

3.     Attorney's fees and costs;

4.     Any other allowable relief.

THE PLAINTIFF
KACIRAH NELSON

By: _____
Michael J. Reilly, Esq.
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MA.....
INDIFFERENT ....

6

| | | |
|---|---|---|
| RETURN DATE: JANUARY 22, 2018 | : | SUPERIOR COURT |
| | : | |
| KACIRAH NELSON | : | J.D. OF HARTFORD |
| | : | |
| V. | : | AT HARTFORD |
| | : | |
| FIRST TRANSIT, INC. | : | DECEMBER 18, 2018 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff herein certifies that the amount in demand is in excess of 15,000.00, exclusive of interest and costs.

THE PLAINTIFF
KACIRAH NELSON

By: _____
Michael J. Reilly, Esq.
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: mreilly@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

7

# EXHIBIT A

# STATE OF CONNECTICUT
# COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Kacirah Nelson
**COMPLAINANT**

CHRO No. 1840423

vs.

EEOC No. 16A201801372

First Transit, Inc.
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

DATE: 9/28/2018

Tanya A. Hughes, Executive Director

Service:
Complainant: kaynty7@gmail.com;
Complainant's attorney: mmichaud@cicchielloesq.com
Respondent: Matt.Dunning@firstgroup.com

# EXHIBIT B

| | | |
|---|---|---|
| DOCKET NO. HHD-CV19-6105737-S | : | SUPERIOR COURT |
| | : | |
| KACIRAH NELSON, | : | J.D. OF HARTFORD |
| | : | |
| *Plaintiff,* | : | AT HARTFORD |
| v. | : | |
| | : | |
| FIRST TRANSIT INC., | : | |
| | : | January 18, 2019 |
| *Defendant.* | : | |
| | : | |

## NOTICE TO SUPERIOR COURT OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant First Transit Inc. today filed a Notice of Removal of this action in the United States District Court for the District of Connecticut.  A copy of said Notice is attached hereto as <u>Exhibit A</u>.  This Notice to Superior Court was filed and served pursuant to 28 U.S.C. § 1446(d).

DEFENDANT, FIRST TRANSIT INC.

*/s/ Stephen P. Rosenberg*
Stephen P. Rosenberg (CT26601)
LITTLER MENDELSON, P.C.
265 Church Street, Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
*sprosenberg@littler.com*
Juris No. 426891

Its Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January, 2019, a copy of the foregoing was sent via email and first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Michael J. Reilly, Esq.
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114

*mreilly@cicchielloesq.com*


/s/ Stephen P. Rosenberg
Stephen P. Rosenberg (CT26601)

2.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of January, 2019, a copy of the foregoing was sent via email and first class mail, postage prepaid, to all counsel and pro se parties of record as follows:

Michael J. Reilly, Esq.
Cicchiello & Cicchiello LLP
364 Franklin Avenue
Hartford, CT 06114

*mreilly@cicchielloesq.com*

<u>/s/ Stephen P. Rosenberg</u>
Stephen P. Rosenberg (CT26601)